**RECEIVED**

JAN -8 2013

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Victor Thompson

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Village of Sauk
Village

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

1:13-cv-00155
Judge Virginia M. Kendall
Magistrate Judge Susan E. Cox

Case _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Victor Thompson

B. List all aliases: _____

C. Prisoner identification number: 20120424167

D. Place of present confinement: _____

E. Address: 552 W 16th St Chicago Heights Il 60411

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Village of Sauk Village

   Title: _____

   Place of Employment: Sauk Village Il 60411

B. Defendant: _____

   Title: _____

   Place of Employment: _____

C. Defendant: _____

   Title: _____

   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

COMPLAINT

My name is Victor Thompson - 20120424167, I was recently released from Div-11, Pod B-H in Cook County Correctional Center on Dec 19, 2012. One morning while in the dayroom I was watching the news, there was a serious issue raised about the well water in Sauk village being contaminated, I immediately realized the reason for all the uncommon stomach viruses and sicknesses me and my family experienced for almost 4 years. Here's my story.

On June 1 2004 I bought a house, 22411 Yates Avenue, Sauk Village, Illinois 60411. Me, my family (including our dog) suffered continuous stomach viruses, accompanied by constant diarrhea, head aces, sore throats, and unexplainable rashes, throughout our residing in our new home.

My wife was diagnosed with Lugerettes disease at this time, her Doctor frequently asked if she's being subjected to Any continuous source of mercury, we replied no because we never suspected the water to be Contaminated or even contain harmful materials

My wife's brother experienced diarrhea so extreme all his insides (rectum) flipped out side his buttocks, he Was diagnosed with a non cancerous tumor which required an immediate operation.
Now 5 years later he's diagnosed with cancer that started in his rectum and has spread to his liver and moving to his lungs.
He is presently taking chemo twice a week.

My daughters and my 3 grand daughters (who were just babies age ranging from new born, 4 and 5), Were experiencing these symptoms to a point we had to move. I never pinpointed the problem being Directly related to the water, but we always complained about the taste, but we never imagined the city of Sauk village would Have use drinking it if it would cause sicknesses in our family.

Me and my family have not had any of the sicknesses since we moved, (other than the ongoing medical problems with my Wife and brother-in-law). I am now realizing, since the Water has been brought back to my attention as contaminated, that our ingesting of this water for 4 years could be the direct cause of all our Present and past history of medical problems.

We moved in or around May, 2008, My dog stayed sick off and on over the 4 years we were residents in Sauk Village, within a year of us moving he stopped eating and had diarrhea until he died.

I. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

For Irreversable Pain and Suffering and a Immediate Release in the Sum of 10,000,000

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 4 day of Jan, 20 13

*Victor Thompson*
(Signature of plaintiff or plaintiffs)

Victor Thompson
(Print name)

20120424167
(I.D. Number)

552 W 16th Street
Chicago Heights IL 60411
(Address)

6

Revised 9/2007